USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRY SYKES,

                Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY,

                Defendant.

1:22-cv-02127-MKV

ORDER FOR HEARING ON PLAINTIFF'S REQUEST FOR EMERGENCY RELIEF

MARY KAY VYSKOCIL, United States District Judge:

*Pro se* Plaintiff Derry Sykes brings this action against the New York City Housing Authority ("NYCHA") for what appears to be a claim for a reasonable accommodation under the Fair Housing Amendment Act of 1988 ("FHAA") and related state law claims. (Compl. [ECF No. 2]). Plaintiff alleges that he has made repair requests with NYCHA, which, as he alleges, have been ignored, resulting in purported dangerous conditions in his residence. (Compl. ¶¶ 14-20). At the same time Plaintiff filed his Complaint, Plaintiff also appeared to file a request for emergency relief. (Memorandum of Law (Pl. Br.) [ECF No. 3]). Plaintiff seeks an order from the Court directing Defendant NYCHA to make immediate emergency repairs to Plaintiff's residence. (Def. Br. 7).

IT IS HEREBY ORDERED that the above-named defendant and Plaintiff appear before this Court, at Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, on April 4, 2022 at 11:30 AM.

IT IS FURTHER ORDERED that any counsel who appears for Defendant NYCHA at the April 5, 2022 conference, prior to the conference, visit the Plaintiff's residence and look into Plaintiff's complaint and allegations.

The clerk of court is respectfully requested to mail a copy of this order to the *pro se* Plaintiff at the address of record.

The clerk of court is respectfully requested to mail a copy of this order as well as (1) Plaintiff's Complaint at ECF No. 2; (2) Plaintiff's Memorandum of Law at ECF No. 3; (4) Plaintiff's Notice of Motion at ECF No. 4; (5) Plaintiff's Affadavit of Mail Service at ECF No. 5 to the New York City Housing Authority Law Department at 90 Church Street, 11th Floor, New York, NY 10007, ATTN: Law Department/Service.

**SO ORDERED.**

**Date: March 21, 2022**
**New York, NY**

_____
MARY KAY VYSKOCIL
United States District Judge