```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DERRY SYKES,

                Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY,

                Defendant.

1:22-cv-02127-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

On March 21, 2022, the Court scheduled a hearing on Plaintiff's request for emergency relief. That hearing will occur on April 4, 2022 at 11:30 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

The clerk of court is respectfully requested to mail a copy of this order to the *pro se* Plaintiff at the address of record.

The clerk of court is respectfully requested to mail a copy of this order to the New York City Housing Authority Law Department at 90 Church Street, 11th Floor, New York, NY 10007, ATTN: Law Department/Service.

**SO ORDERED.**

Date: March 28, 2022
      New York, NY

*Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge