```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRY SYKES,

                Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY,

                Defendant.

1:22-cv-02127-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that on or before May 4, 2022, Defendant New York City Housing Authority ("NYCHA") file and serve a letter advising the Court as to the status of the repairs on Plaintiff's home.

    The clerk of court is respectfully requested to mail a copy of this order to the *pro se* Plaintiff at the address of record.

    The clerk of court is respectfully requested to mail a copy of this order to the New York City Housing Authority Law Department at 90 Church Street, 11th Floor, New York, NY 10007, ATTN: Law Department/Service.

**SO ORDERED.**

Date: April 6, 2022
      New York, NY

                                              MARY KAY VYSKOCIL
                                              United States District Judge