UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2022
```

DERRY SYKES,

                Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY,

                Defendant.

1:22-cv-02127-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    On April 6, 2022, the Court entered an order directing Defendant New York City Housing Authority ("NYCHA") to file and serve a letter advising the Court as to the status of the repairs on Plaintiff's home. The Court is in receipt of the letter from Defendant advising the Court that the only repairs outstanding for Plaintiff's apartment are the replacement of the kitchen cabinets, scheduled for May 18, 2022, and the replacement of the tub enclosure, scheduled for June 3, 2022.

    Therefore, IT IS HEREBY ORDERED that on or before June 10, 2022, Defendant NYCHA file and serve a letter advising the Court as to the status of the repairs on Plaintiff's home and if any repairs remain outstanding.

    The clerk of court is respectfully requested to mail a copy of this order to the *pro se* Plaintiff at the address of record.

    The clerk of court is respectfully requested to mail a copy of this order to the New York City Housing Authority Law Department at 90 Church Street, 11th Floor, New York, NY 10007, ATTN: Law Department/Service.

**SO ORDERED.**

**Date:  April 29, 2022**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**